**William M. MANOOGIAN, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2012–3055.

United States Court of Appeals, Federal Circuit.

Feb. 14, 2012.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

* We note that the parties' request that this dismissal be with prejudice, however, it is not

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.